

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2022

No. 04-22-00603-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**DHL EXPRESS (USA), INC.**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-02683
Honorable Norma Gonzales, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before November 28, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court